**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Criminal Case No. 14-cr-00090-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     OSCAR ANTONIO VELASQUEZ-RIVERA,

      Defendant.

---

**ORDER SETTING TRIAL DATES AND DEADLINES**

---

This matter has been scheduled for a **three-day** jury trial on the docket of Judge

Raymond P. Moore in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street,

Denver, Colorado to commence on **May 12, 2014 at 9:00 a.m.**  It is

ORDERED THAT all pretrial motions shall be filed by **April 1, 2014** and responses to

these motions shall be filed by **April 8, 2014**.  It is further

ORDERED that a Trial Preparation Conference is set for **May 7, 2014 at 1:00 p.m.** in

Courtroom A601.  Lead counsel who will try the case shall attend in person.

The parties shall be prepared to address the following issues at the Trial Preparation

Conference:

    1)     jury selection;

    2)     sequestration of witnesses;

    3)     timing of presentation of witnesses and evidence;

4)      anticipated evidentiary issues;

5)      any stipulations as to fact or law; and

6)      any other issue affecting the duration or course of the trial.

DATED this 18th day of March, 2014.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge