# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson | Date: August 22, 2014 |
| Court Reporter: Tammy Hoffschildt | Interpreter: Susana Cahill |
| Probation Officer: n/a | |

**CASE NO.   14-cr-00090-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Beth Gibson |
| Plaintiff, | |
| v. | |
| 1. OSCAR ANTONIO VELASQUEZ-RIVERA, | Brian Leedy |
| Defendant. | |

## COURTROOM MINUTES

**SENTENCING HEARING**
**COURT IN SESSION:**   1:03 p.m.
Appearances of counsel.   Defendant is present and in custody.

Defendant entered his plea on May 8, 2014, to Count 1 of the Indictment. The Court formally accepts the Plea Agreement at this hearing.

Government orally moves that the defendant receive an additional three points for acceptance of responsibility.

**ORDERED:**  Government's oral motion is GRANTED.

Discussion held regarding Defendant's Motion for a Variant Sentence (Doc. 25, filed 8/8/14).

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, and comments on matters relating to the appropriate sentence.

Defendant, counsel for the government and the Probation Officer address the Court regarding sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

**ORDERED:**   Defendant's Motion for a Variant Sentence (Doc. 25, filed 8/8/14) is GRANTED.

Court states its findings and conclusions.

**ORDERED:**   Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Oscar Antonio Velasquez-Rivera, is hereby committed to the custody of the Bureau of Prisons to be **imprisoned** for a term of **one (1) year and one (1) day**.

Court RECOMMENDS that defendant receive credit for 0 days spent in custody.

**ORDERED:**   Defendant shall not be placed on supervised release.

Defendant is advised that if he enters or remains in the United States illegally, possesses a firearm or illegally possesses a controlled substance, he may be subject to further federal prosecution.

**ORDERED:**   Defendant shall pay **$100** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**   **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:**   A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:**   Defendant is REMANDED to the custody of the U.S. Marshal.

**Court in recess:**   **1:37 p.m.**
Hearing concluded.
Total time:            00:34